

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TEXAS TECH UNIVERSITY HEALTH SCIENCES EL PASO, | § | No. 08-18-00151-CV |
|  | § | Appeal from the |
| Appellant, | § | |
|  | § | 120th District Court |
| v. | § | |
| LORETTA K. FLORES, | § | of El Paso County, Texas |
|  | § | (TC# 2016-DCV-3024) |
| Appellee. | § | |
|  | § | |

## **O R D E R**

The Court, on its own motion, VACATES the April 11, 2019 submission and oral argument setting for the above styled and numbered cause. The case will be rescheduled at a later date.

IT IS SO ORDERED this 11th day of April, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.